ACCEPTED
1058307
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 5:31:46 PM
CHRISTOPHER PRINI
CLERK

No. 1058307

| | | |
|---|---|---|
| DONALD JEFFERSON | § | IN THE COUNTY CIVIL |
| | § | |
| v. | § | COURT AT LAW NO. 1 |
| | § | |
| KIM JACKSON | § | HARRIS COUNTY, TEXAS |

RECEIVED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 5:31:46 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE COURT:

Plaintiff, Donald Jefferson, hereby give notice of his desire to appeal the final judgment signed on or about April 2, 2015, by the County Civil Court at Law Number 1 of Harris County, in cause number 1058307, styled *Donald Jefferson v. Kim Jackson et al.*

Appeal is hereby taken to either the First or Fourteenth Courts of Appeals in Harris County, Texas.

This notice is filed by plaintiff, Donald Jefferson.

DATED:     April 15, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
E-mail:  thootman2000@yahoo.com

Gary E. Patterson
SBN 15590830
1010 Lamar, Ste 860
Houston, TX  77002
713.223.3095

1

713.223.2121 (f)

<span style="font-variant: small-caps">Attorneys for Plaintiff, Donald Jefferson</span>

## Certificate of Service

I hereby certify that, I have served the forgoing document upon the following attorneys by personal mail, by commercial delivery service, by fax, or by electronic service:

> Roland Jackson
> Kim Jackson
> 3630 Cypressdale
> Spring, TX 77388

Date: April 15, 2015

/s/Timothy A. Hootman
Timothy A. Hootman

"CLOSED"

CAUSE NO. 1058307

DONALD JEFFERSON
PLAINTIFF

Vs.

KIM JACKSON ET AL.
DEFENDANT

IN THE COUNTY CIVIL

COURT AT LAW # ONE

OF HARRIS COUNTY,

TEXAS

# JUDGMENT

On the 30th day of March, 2015, in the above entitled and numbered

cause, came Plaintiff and announced ready for trial. Defendant,

_____ also appeared and announced ready for trial.

_____ having been duly notified of this trial setting, failed to appear.

No jury fee having been paid, the parties proceeded to trial without the

intervention of a jury. The Court, after considering the pleadings, evidence and

arguments of the parties, is of the opinion that Defendants are guilty of forcible

detainer of the hereinafter described premises and that Plaintiff, have and recover

from Defendant as follows,

ORDERED, ADJUDGED, AND DECREED that Plaintiff Donald Jefferson

does have and recover possession of the premises from Defendant Kim Jackson et al.

located at 3630 Cypressdale Spring, Harris County, Texas 77388;
        (address)       (city)           (zip)

that a Writ of Possession issue to the proper officer commanding him to

seize possession of said premises and deliver same to Plaintiff after said Writ of

Possession has been duly filed by Plaintiff if Defendants have not vacated the

UNOFFICIAL COPY

herein described premises by _____April 24, 2015_____.
(date)

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff takes nothing as to all other claims.

The supersedeas bond to stay execution of this Judgment is hereby set at $_____3,500_____. **Said bond to be either cash or corporate surety bond.**

The Clerk of the Court if hereby ORDERED to issue all writs and processes, including but not limited to Writs of Execution, in aid of satisfaction of this judgment.

This is a Final Judgment disposing of **ALL** issues and **ALL** parties, and **ALL** prior interlocutory Orders of the Court in this cause are hereby made Final.

SIGNED THIS 2 DAY OF _____April_____, 20 15.

_____
JUDGE PRESIDING

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

FILED
2015 APR -2 PM 5: 02